PROPOSED ORDER/COVER SHEET

TO: Honorable Bernard Zimmerman  RE: Jeffrey Entel
U.S. Magistrate Judge

FROM: Roy Saenz, Chief  DOCKET NO.: CR10-0642-RS
U.S. Pretrial Services Officer

DATE: December 9, 2011

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Amaryllis Gonzalez                    415-436-7519
U.S. Pretrial Services Officer        TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[✓] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. C on Dec 14 at 1:30pm.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A. Remove: The defendant shall submit to electronic monitoring and a curfew of 6pm to 8am.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____    _____
JUDICIAL OFFICER                    9 Dec '11
                                    DATE

Cover Sheet (06/02/08)