# PROPOSED ORDER/COVER SHEET

**TO:**        **Honorable Bernard Zimmerman**              **RE:**    Jeffrey Entel
               **U.S. Magistrate Judge**

**FROM:**      **Roy Saenz, Chief**                         **DOCKET NO.:**    CR10-0642-RS
               **U.S. Pretrial Services Officer**

**DATE:**      **December 9, 2011**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

|  |  |
|---|---|
| **Amaryllis Gonzalez** | **415-436-7519** |
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐    I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐    Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐    Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court Judge_____

☐    I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

X̲    Modification(s)

     A. Remove: The defendant shall submit to electronic monitoring and a curfew of 6pm to 8am.

     B.

☐    Bail Revoked/Bench Warrant Issued.

☐    I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐    Other Instructions:

_____

_____

_____

*Bernard Zimmerman* (signature)                          December 15, 2011

**JUDICIAL OFFICER / BERNARD ZIMMERMAN**            **DATE**
        **UNITED STATES MAGISTRATE JUDGE**

**Cover Sheet** (06/02/08)