PROPOSED ORDER/COVER SHEET

TO: Honorable Bernard Zimmerman
U.S. Magistrate Judge

RE: Daniel JOHNSON

FROM: Roy Saenz, Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR10-0642-RS

December 9, 2011

FILED JAN 5 - 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| Amaryllis Gonzalez | 415-436-7520 |
|---|---|
| U.S. PRETRIAL SERVICES OFFICER ASSISTANT | TELEPHONE NUMBER |

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

A. The defendant shall not use alcohol and shall not use or possess any illicit substance or narcotic without a legal prescription; and

B. The defendant shall submit to random drug and alcohol testing as directed by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☑ Other Instructions:
*This modification is made with the concurrence of Judge Breyer. If PTS receives [Tazewood?] test results, it may rely on those in its discretion.*

_____ 5 Jan 2012
JUDICIAL OFFICER           DATE

Cover Sheet (12/03/02)