IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL ARNOLD, JEFFREY HERHOLZ,

Defendants.

No. C 10-00642 CRB

**ORDER RE: PROPOSED JURY QUESTIONNAIRE**

Attached as Exhibit A is a proposed jury questionnaire for review by the parties. The parties should file comments on the Court's revised proposed questionnaire by Thursday, January 26, 2012.

**IT IS SO ORDERED.**

Dated: January 24, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE