IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00642 CRB |
| Plaintiff, | **ORDER RE: JURY QUESTIONNAIRE** |
| v. | |
| JEFFREY HERHOLZ AND MICHAEL ARNOLD, | |
| Defendants. / | |

Attached as Exhibit A is the final jury questionnaire. For the parties reference: the Court has incorporated the Government's suggested Questions 2 and 3, with some modifications. They are now Questions 38 and 33. The Court has also accepted Defendants' proposed changes to what were Questions 28 and 34 (now Questions 29 and 36), and inserted a question related to internet-usage (now Question 28).

Defense counsel is directed to provide one hundred (100) copies of the questionnaire to the Jury Commissioner by close of business on Friday, January 27, 2012.

//
//
//
//

The parties are directed to arrange with the Jury Commissioner for the copying of the completed questionnaire, so that the Jury Commissioner receives the originals and three copies of the questionnaire by noon on Tuesday, January 31, 2012.

**IT IS SO ORDERED.**

Dated: January 25, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE