IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00642 CRB |
| Plaintiff, | **ORDER RE APPLICATION AUTHORIZING PAYMENT OF COSTS** |
| v. | |
| JEFFREY HERHOLZ, | |
| Defendant. / | |

The Court is in receipt of Defendant Herholz's Application for Order Authorizing Payment of Costs for Defendant's Fact Witnesses' Travel. The Court ORDERS Defendant to file under seal a detailed written offer of proof of what these witnesses will testify to at the trial.

**IT IS SO ORDERED.**

Dated: February 1, 2012  CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE