IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00642 CRB |
| Plaintiff, | **ORDER RE JUROR REIMBURSEMENT** |
| v. | |
| MICHAEL ARNOLD, and JEFFREY HERHOLZ, | |
| Defendants. / | |

The Jury Commissioner is ORDERED to reimburse Joseph Speicher $19.15 for travel expenses.

**IT IS SO ORDERED.**

Dated: February 29, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\642\Order Re Jury Reimbursement.wpd