Josh A. Cohen (SBN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
jcohen@clarencedyer.com

Attorneys for Defendant
JOSEPH CAROZZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>JOSEPH CAROZZA,<br><br>   Defendant. | CASE NO. CR-10-0642 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING ARRAIGNMENT ON SUPERSEDING INDICTMENT** |

## STIPULATION

The parties are presently scheduled to appear on March 9, 2012 for arraignment on the superseding indictment. Defendant Joseph Carozza is traveling to San Francisco on the morning of March 9, 2012 and will not arrive in time for the scheduled arraignment. Accordingly, the parties hereby agree and stipulate that arraignment for defendant Joseph Carozza should be

///

///

///

continued to March 12, 2012 at 9:30 a.m.

IT IS SO STIPULATED.

DATED: March 8, 2012

Respectfully submitted,

/s/ Josh A. Cohen

Josh A. Cohen
Attorney for Joseph Carozza

/s/ Kirstin M. Ault

Kirstin M. Ault
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that arraignment of defendant Joseph Carozza on the superseding indictment in this matter shall be continued from March 9, 2012 to March 12, 2012 at 9:30 a.m.

IT IS SO ORDERED.

DATED: 3/8/2012

NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE

2