CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorney for Defendant CHRIS NAPOLI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 10-0642 CRB |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND** |
| | ) | ~~[PROPOSED]~~ **ORDER** |
| v. | ) | **ALLOWING TRAVEL** |
| | ) | |
| CHRIS NAPOLI et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Chris Napoli and his family wish to travel to Disneyworld for a brief spring vacation. His

pretrial services officer has approved the trip. Accordingly, and upon the agreement of the parties,

IT IS HEREBY ORDERED THAT:

Chris Napoli may travel for to Disney World, Florida, on March 16, 2012 returning to

Pennsylvania on March 19, 2012. Prior to his departure, he shall provide his specific itinerary to

his pretrial services officer.

//

//

//

//

//

Date: March 9, 2012

_____/s/_____
Christopher J. Cannon
Attorney for Chris Napoli

Date: March 9, 2012

_____/s/_____
Kirsten Ault
Assistant United States Attorney

**SO ORDERED.**

Date: 13 March '12

_____
The Honorable Bernard Zimmerman
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
CR 10-0642 CRB