IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. Cr 10-00642 CRB |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| DANIEL JOHNSON, | |
| Defendant. | |

The hearing on the Government's Notification of Potential Conflict of Interest is hereby scheduled for **Monday, April 30, 2012, at 3:00 p.m. in Courtroom 6**. Davina Pujari is also ORDERED to appear at the hearing.

**IT IS SO ORDERED.**

Dated: April 26, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\642\Scheduling Order.wpd