[~~PROPOSED~~] ORDER

The Clerk of the Court is hereby ORDERED to release to the United States the following exhibits from the trial of *United States v. Arnold and Herholz*, CR 10-0642 CRB:

  29a

  29b

  50-81 (inclusive)

  102-107 (inclusive)

  109-111 (inclusive)

  14-119 (inclusive)

  121-122 (inclusive)

  137-138b (inclusive)

  140a-143a (inclusive)

  505

  507-510 (inclusive)

  527-533 (inclusive)

  538

  541a

  541b

  550-552 (inclusive)

The United States is directed to maintain the integrity of the exhibits and to return the exhibits to the Court following the completion of the trial in *United States v. Napoli*, et al., CR 10-0642 CRB.

IT IS SO ORDERED.

DATED: 5/15/12

HON. CHARLES R. BREYER

REQUEST FOR ACCESS TO TRIAL EXHIBITS
CR 10-0642 CRB                                              3