IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. Cr 10-00642 CRB |
| Plaintiff, | **ORDER RE PROPOSED JURY QUESTIONNAIRE** |
| v. | |
| CHRISTOPHER NAPOLI ET AL., | |
| Defendants. / | |

The parties are directed to provide any comment on the Court's proposed questionnaire filed today, September 14, 2012 (dkt. 882), including the witness list, by noon September 18, 2012.

**IT IS SO ORDERED.**

Dated: September 14, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\642\Order re jury questionnaire.wpd