Josh A. Cohen (SBN 217853)
Nicole Howell Neubert (SBN 246078)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
jcohen@clarencedyer.com
nhneubert@clarencedyer.com

Attorneys for Defendant
JOSEPH CAROZZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-10-0642 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE BRIEFING AND HEARING DATE FOR RULE 33 MOTIONS AND FORFEITURE** |
| v. | |
| CHRISTOPHER NAPOLI et al., | |
| Defendants. | |

Having been convicted of controlled-substance and/or money-laundering offenses following a seven-week jury trial, defendants Napoli, Johnson, and Carozza are presently set for sentencing on February 22, 2013. Consistent with the Court's directive, the parties have met and conferred concerning a schedule for the briefing of forfeiture matters and new-trial motions pursuant to Federal Rule of Criminal Procedure 33.

Accordingly, the parties stipulate and agree that briefing shall occur on the following schedule:

| Dec. 26, 2012 | Government to file preliminary order of forfeiture |
| --- | --- |
| | Defendants to file Rule 33 motions |
| Jan. 16, 2013 | Government to oppose Rule 33 motions |
| | Defendants to file objections to preliminary order of forfeiture |
| Jan. 23, 2013 | Government to reply to defendant's forfeiture objections |
| | Defendants to reply in support of Rule 33 motions |
| Jan. 30, 2013 | Hearing on Rule 33 motions and forfeiture |

IT IS SO STIPULATED.

DATED: November 20, 2012

Respectfully submitted,

*/s/ Josh A. Cohen*

_____
Josh A. Cohen
Attorney for Joseph Carozza

*/s/ Martin A. Sabelli*

_____
Martin A. Sabelli
Attorney for Daniel Johnson

*/s/ Christopher J. Cannon*

_____
Christopher J. Cannon
Attorney for Chris Napoli

*/s/ Kirstin M. Ault*

_____
Kirstin M. Ault
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the parties shall adhere to the briefing schedule set forth above. The parties shall appear for hearing on January 30, 2013 at 2:00 p.m. unless otherwise directed by the Court.

IT IS SO ORDERED.

DATED: __November 26, 2012____          _____
                                        CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE