SETH P. CHAZIN (CA SBN 133777)
Law Offices of Seth P. Chazin
1164 Solano Ave # 205
Albany, CA 94706-1639
Telephone: (510) 507-8100
Facsimile: (510) 525-0087

Attorneys for Defendant
JEFFREY HERHOLZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-10-0642 CRB |
|---|---|
| Plaintiff, | ) [PROPOSED ORDER] TO EXONERATE BOND |
| vs. | ) |
| JEFFREY HERHOLZ, | ) |
| Defendant. | ) |

GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Appearance Bond previously issued in this matter be exonerated.

IT IS SO ORDERED.

DATED: NOV 26 2012

THE HONORABLE CHARLES R. BREYER