IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. Cr 10-00642 CRB |
| Plaintiff, | **ORDER STAYING PREVIOUS ORDER** |
| v. | |
| CHRISTOPHER NAPOLI ET AL., | |
| Defendants. | |

The Order issued by this Court on July 3, 2013 (dkt. 1321) regarding the return of property to Christine Napoli is hereby STAYED pending further proceedings regarding the Government's motion to vacate (dkt. 1323).

**IT IS SO ORDERED.**

Dated: July 19, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\642\order staying previous order.wpd